# ORIGINAL

JinWooPark

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV 1 5 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **06-00102** |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | **FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS** |
| JIN WOO PARK, | ) | [18 U.S.C. §§ 2 & 1028(a)(7)] |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

On or about July 27, 2004, within the District of Guam, the defendant herein, JIN WOO PARK, did unlawfully and knowingly possess and use, without lawful authority, a means of identification of another person, to-wit:  Taxpayer Identification Number 952-797-906 belonging to Aracely Guitierrez, with the intent to commit, or to aid or abet, or in connection with, an

//
//
//
//

unlawful activity that constitutes a violation of Federal law, to-wit: Title 18, United States Code, Section 666(a)(2),

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 1028(a)(7).

DATED this 15th day of November 2006.

A TRUE BILL.


IRENE S. MAFNAS
Foreperson


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By: 

KARON V. JOHNSON
Assistant U.S. Attorney


JEFFREY J. STRAND
First Assistant U.S. Attorney

2