**Criminal Case Cover Sheet**                                    <u>U.S. District Court</u>

**Place of Offense:**

City ___, Hagåtña ___                          **Related Case Information:**

Country/Parish _____                         Superseding Indictment _____ Docket Number **06 - 00102**

                                               Same Defendant _____    New Defendant ___X___

                                               Search Warrant Case Number _____

                                               R 20/ R 40 from District of _____

**Defendant Information:**

      Juvenile: Yes _____ No __X__    Matter to be sealed: __X__ Yes _____ No

Defendant Name ___Jin Woo Park_____

Alias Name _____

Address _____

      ___Tamuning, GU_____

Birthdate _xx/xx/1974_ SS# _____ Sex __M__ Race __A__ Nationality _Korean_

**RECEIVED**

NOV 1 5 2006

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson_____

**Interpreter:** _____ No _X_ Yes    List language and/or dialect: ___Korean___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___1___    _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18 USC 2 & 1028(a)(7)_ | Fraud In Connection w/Identification Documents | 1 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

(May be continued on reverse)

**Date:** _NOV 1 5 2006_    **Signature of AUSA:** _____