seal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JIN WOO PARK,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **06-00102**<br><br>**APPLICATION TO SEAL RECORD** |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case until the arrest of the defendant and that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 15th day of November 2006.

　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　By:　_/s/ Karon V. Johnson_
　　　　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORIGINAL**