# ORIGINAL

1  jinparkuns

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

8

9          **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE TERRITORY OF GUAM**

11

12  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00102
                                     )
13                  Plaintiff,       )
                                     )
14         vs.                       )    **APPLICATION TO**
                                     )    **UNSEAL RECORD**
15  JIN WOO PARK,                    )
                                     )
16                  Defendant.       )
                                     )

17

18      The United States moves this Honorable Court for an order unsealing the record in the

19  above-entitled case for the reason that the defendant has been arrested and the investigation in

20  this matter is now complete.

21      Respectfully submitted this 17th day of April 2007.

22
                                        LEONARDO M. RAPADAS
23                                      United States Attorney
                                        Districts of Guam and NMI
24

25                            By:      _____
                                       KARON V. JOHNSON
26                                     Assistant U.S. Attorney

27

28

**FILED**

DISTRICT COURT OF GUAM

APR 17 2007

MARY L.M. MORAN
CLERK OF COURT