# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00102-001          DATE: April 17, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 3:17:58 - 3:27:21
CSO: B. Pereda

**APPEARANCES:**
Defendant: Jin Woo Park          Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson          U.S. Agent: Bill Kline, F.B.I.
U.S. Probation: Christopher Duenas      U.S. Marshal: D. Punzalan / V. Roman / T. Muna
Interpreter: Sung Woo Yoon          Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**
- Government's Motion to Unseal was granted.
- Financial Affidavit reviewed and accepted: Samuel S. Teker appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: June 13, 2007 at 9:30 a.m.
- Defense's oral motion for court appointed interpreter was granted.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: