AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

JIN WOO PARK

**WARRANT FOR ARREST**

Case Number: CR-06-00102

FILED
DISTRICT COURT OF GUAM
APR 17 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JIN WOO PARK_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

in violation of Title ___18___ United States Code, Section(s) ___2 & 1028(a)(7)___

| MARILYN B. ALCON | _signature_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/15/2006 — Hagatna, Guam |
| Title of Issuing Officer | Date — Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | 4/17/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 4/17/07 | Tumon Bay Guam / SA William C. Kline, Jr. | _signature_ |