1
2
3
4
5
6                        DISTRICT COURT OF GUAM

7                         TERRITORY OF GUAM

8
9    UNITED STATES OF AMERICA,          )         CRIMINAL CASE NO. 06-00102
                                        )
10                 Plaintiff,           )
                                        )
11            vs.                       )         APPOINTMENT ORDER
                                        )
12   JIN WOO PARK,                      )
                                        )
13                 Defendant.           )
                                        )
14   _____)

15          IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to

16   represent the Defendant in the above-entitled case.

17
18
19                                              **/s/ Joaquin V.E. Manibusan, Jr.**
                                                **U.S. Magistrate Judge**
20                                              **Dated: Apr 17, 2007**
21
22
23
24
25
26
27
28