ORIGINAL

1  jinparktaxseal

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
MAY 10 2007
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00102 |
|---|---|
| Plaintiff, | ) |
| vs. | ) APPLICATION TO SEAL |
|  | ) UNITED STATES APPLICATION |
| JIN WOO PARK, | ) TO DISCLOSE CERTAIN TAX |
|  | ) INFORMATION ~~AND ORDER~~ |
| Defendant. | ) |

The United States moves this Honorable Court for an order sealing the United States Application to Disclose Certain Tax Information and Order in the above-entitled case for the reason that tax information contains such information that should not be made available for public scrutiny.

Respectfully submitted this 10th day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney