1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam  96910
   Tel:  (671) 472-7332/7283
5  Fax:  (671) 472-7334

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00102 |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **Re: Application to Seal United States Application to Disclose Certain Tax Information and Order** |
| JIN WOO PARK, | ) | |
| Defendant. | ) | |

Through an application to seal the Application to Seal the United States Application to Disclose Certain Tax Information and Order having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that these documents hereby remain filed under seal with the court until the conclusion of the case.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 10, 2007**