**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-06-00102　　　　　　　　　　　DATE: May 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　Electronically Recorded: 1:50:29- 2:23:05
CSO: J. Lizama

**APPEARANCES:**
Defendant: Jin Woo Park　　　　　　　　　Attorney: Sam Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Bill Kline, F.B.I.
U.S. Probation: Rosanna Villagomez-Aguon　U.S. Marshal: D. Punzalan / V. Roman
Interpreter: Sung Woo Yoon　　　　　　　Language: Korean

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty To Fraud in Connection with Identification Documents.
- Report and Recommendation executed by the Court.
- Sentencing set for: August 28, 2007 at 10:45
- Draft Presentence Report due to the parties: 7-31-07
- Response to Presentence Report: 8-14-07
- Final Presentence Report due to the Court: 8-21-07
- Defense counsel's motion for release of defendant to Third party custodian was granted pending submission of passport to U.S. Probation Office. Defendant to be released on conditions stated in Pre-Trial report.

NOTES: