TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
JUN 11 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00102 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION MODIFYING** |
| vs. | ) | **DEFENDANT'S RELEASE** |
| | ) | **CONDITIONS PENDING SENTENCING** |
| JIN WOO PARK, | ) | **AND JUSTIFICATION** |
| | ) | |
| Defendant. | ) | |

The parties hereto do hereby STIPULATE that Defendant, Jin Woo Park's release conditions pending sentencing be temporarily modified to allow for his third-party custodian, Christine Yu, to travel to Korea to be with her mother who has fallen ill. Ms. Yu will be off-island for approximately one week, from June 11, 2007 to June 16, 2007.

The parties further STIPULATE that Defendant remain released pending sentencing and that all other release conditions of the Defendant shall remain in effect.

The U.S. Probation Office and Assistant U.S. Attorney General, Karon V. Johnson, Esq., do not object.

## JUSTIFICATION

Defendant is currently on release, pending sentencing, under the supervision of his third-party custodian, Christine Yu. Christine Yu's mother has fallen seriously ill in Korea, and Ms. Yu needs to travel to Korea to be with her mother for approximately one week.

Defendant submits that the foregoing Stipulation should be granted in the interest of justice to allow Defendant to remain released pending sentencing.

The undersigned has contacted the U.S. Attorney and the U.S. Probation Office, both of which have stated that they will not object to this Stipulation.

DATED at Hagåtña, Guam, on June 8, 2007.

**TEKER TORRES & TEKER, P.C.**

By: _____
**SAMUEL S. TEKER, ESQ.**
Attorneys for Defendant, *Jin Woo Park*

**OFFICE OF THE UNITED STATES ATTORNEY**

By _____
**KARON V. JOHNSON, ESQ.**
Attorneys for Plaintiff

**APPROVED:**

**U.S. PROBATION OFFICE**

By _____
**CARMEN O'MALLAN**
Probation Officer

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA GUAM 96910
TELEPHONE (671) 477-9891-4