**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ALLOWING** |
| vs. | ) | **DEFENDANT JIN WOO PARK** |
| | ) | **TO REMAIN RELEASED PENDING** |
| JIN WOO PARK, | ) | **SENTENCING** |
| | ) | |
| Defendant. | ) | |

----------

The Court, having reviewed the Stipulation Modifying Defendant's Release Conditions Pending Sentencing filed herein on June 11, 2007, and good cause appearing therefor, hereby ORDERS that the Defendant, Jin Woo Park, shall remain released pending sentencing while his third–party custodian, Christine Yu, is off island. Said modification of his release conditions is for a limited time, from on or about June 11, 2007 through June 16, 2007, when the third-party custodian, Christine Yu, is scheduled to return to Guam.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 11, 2007