# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

### NOTICE

V.

Jin Woo Park

CASE NUMBER:  **CR-06-00102-001**

TYPE OF CASE:

☐ **CIVIL**     X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE **District Court of Guam 4ᵗʰ Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED **Tuesday, August 28, 2007 at 10:45 a.m.** | RESCHEDULED TO DATE AND TIME **Tuesday, October 9, 2007at 11:00 a.m.** |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 22, 2007**

DATE

/s/ Leilani R. Toves Hernandez

(BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
Samuel S. Teker, Esq.
U.S. Probation Office
U.S. Marshals Service