ORIGINAL

jinparkstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT - 9 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00102 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| JIN WOO PARK, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Samuel Teker, hereby motion this Honorable Court to continue the Sentencing date currently scheduled for October 9, 2007, to October 12, 2007, or at a later date and time to be selected by the court at it's convenience.

//
//
//
//
//
//

The parties make this request due to Assistant U.S. Attorney Karon Johnson is currently off-island and was due back on October 8, 2007, but due to her spouse's unexpected surgery complications her return date is now October 10, 2007. A continuance will allow the government an opportunity to brief the court with the extent of the defendant's cooperation

10-9-07
DATE

SAMUEL TEKER
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/9/07
DATE

By: KARON V. JOHNSON
Assistant U.S. Attorney