LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00102 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **Re: Stipulated Motion To** |
| vs. | ) | **Continue Sentencing** |
| | ) | |
| JIN WOO PARK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for October 9, 2007 at 11:00 a.m., is hereby rescheduled to the 29th day of October, 2007 at the hour of 9:00 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Oct 09, 2007