# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-06-00102          DATE: October 29, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber          Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:10:17 - 10:15:00
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Jin Woo Park          Attorney: Samuel S. Teker
DEFENDANT NOT PRESENT          ☑ Present ☐ Retained ☐ FPD ☑ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.
U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Maria Cruz          U.S. Marshal: D. Punzalan
Interpreter: Sung Woo Yoon          Language: Korean

**PROCEEDINGS: Sentencing**
- Bench warrant issued in the amount of $10,000.00.

NOTES: