AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      GUAM

**FILED**
**DISTRICT COURT OF GUAM**

OCT 29 2007

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

JIN WOO PARK

## WARRANT FOR ARREST

Case Number: CR-06-00102

To: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest      JIN WOO PARK
                                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      ☐ Complaint      ☒ Order of court

☐ Pretrial Release      ☐ Probation      ☐ Supervised Release    ☐ Violation Notice
    Violation Petition        Violation Petition        Violation

US MARSHALS SERVICE-GUAM

OCT 29 2007

RECEIVED

charging him or her with    (brief description of offense)

    Failure to appear for Sentencing on 10/29/2007 (Bench warrant issued in the amount of $10,000.00)

☐ in violation of Title            United States Code, Section(s)       

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

ORIGINAL

    MARILYN B. ALCON                                        *Marilyn B. Alcon*
    Name of Issuing Officer                               Signature of Issuing Officer

    Deputy Clerk                     10/29/2007                 Hagatna, Guam
    Title of Issuing Officer                                Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Hagatna, Guam

| DATE RECEIVED<br>10-29-2007 | NAME AND TITLE OF ARRESTING OFFICER<br>TFO M. P. CEPEDA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>10-29-2007 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___JIN WOO PARK_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____