# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00102-001                                   DATE: October 30, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                                       Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez                   Electronically Recorded: 1:13:50 - 1:38:20
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Jin Woo Park                                     Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.                           ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                                U.S. Agent: B. Kline, F.B.I.
U.S. Probation: Maria Cruz                                  U.S. Marshal: T. Muna
Interpreter: Sung Woo Yoon                                  Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of time served
- Upon release from imprisonment, defendant is placed on supervised release for a term of 1 year, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay a fine in the amount of $1,000.00
- Defendant was ordered to pay a special assessment fee of $25.00 by Friday, November 2, 2007.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant returned to the custody of the U.S. Marshals Service to be processed for release.

NOTES: