ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00102-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR** |
| vs. | ) | **RELEASE OF PASSPORT** |
| | ) | |
| JIN WOO PARK, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of Republic of Korea Passport Number XXXXXXXXX to the defendant, Jin Woo Park.. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced on October 30, 2007, to an imprisonment term of time served followed by one year supervised release.

Dated this 14th day of November 2007.

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist