ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00102 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| JIN WOO PARK, | ) | |
| Defendant. | ) | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Dec 12, 2007**